UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC, | ) ) ) ) ) ) ) | Civil No. 10-11-ART  **AMENDED JUDGMENT** |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| KENTUCKY WEST VIRGINIA GAS COMPANY, LLC, et al., | ) ) ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the memorandum opinion entered today, it is **ORDERED** and **ADJUDGED** that judgment is **ENTERED** in favor of the defendant. *See* Fed. R. Civ. P. 58.

This the 13th day of June, 2011.



Signed By:
*Amul R. Thapar*  AT
United States District Judge